1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SALINAS VALLEY MEMORIAL HEALTHCARE SYSTEM, | Case No. 17-CV-07076-LHK |
| Plaintiff, | **PROPOSED CASE SCHEDULE** |
| v. | |
| MONTEREY PENINSULA HORTICULTURE, INC., et al., | |
| Defendants. | |

The instant case was filed on December 12, 2017, and had been pending before former United States Magistrate Judge Howard R. Lloyd, as well as United States Magistrate Judge Virginia K. DeMarchi after Judge Lloyd's retirement, until March 1, 2019, when the Third Party Defendant Employee Benefit Management Services ("EBMS") filed a declination to magistrate judgment jurisdiction. ECF No. 73. On March 4, 2019, the case was reassigned to the undersigned and a case management conference was set for April 17, 2019. ECF No. 75.

On April 10, 2019, the parties filed their joint case management statement in anticipation of the April 17, 2019 case management conference. ECF No. 85 ("JCMS").

As an initial matter, the parties propose in their joint case management statement rules for service by email. JCMS at 9–10. The parties may so stipulate.

To the extent the parties have discovery disputes, the Court requests that the parties direct such disputes to Judge DeMarchi.

1

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

   The Court also notes one error in the parties' joint case management statement. Before the case was reassigned to the undersigned, Third Party Defendant EBMS filed on February 22, 2019, a motion to dismiss the Third Party Complaint against it and the hearing for that motion was calendared by Judge DeMarchi for April 4, 2019. ECF No. 71. After the case was reassigned to the undersigned, the hearing on EBMS's motion to dismiss was reset for June 6, 2019. ECF No. 77. In the parties' JCMS, however, the parties erroneously state that the hearing on EBMS's motion to dismiss is set for April 17, 2019. JCMS at 6. The Court reminds the parties that the hearing is set for June 6, 2019, at 1:30 p.m. *See* ECF No. 77.

   Finally, in their joint case management statement, the parties propose competing schedules, with Defendants asking for over six months of additional discovery beyond the schedule proposed by Plaintiff. *Id.* at 12–13.

   The Court finds that a schedule similar to Plaintiff's more concise proposal is appropriate in the instant case. The case was filed almost a year and a half ago, on December 12, 2017. Per the Civil Justice Reform Act, this Court has three years to resolve this civil case, including all post-trial motions. Thus, the case must be resolved by December 12, 2020. Defendants' proposal places the case schedule too close to this deadline. *See* JCMS at 12–13. Moreover, the parties represent in their joint case management statement that during the year and a half that the case has been pending, the parties have already conducted discovery, including document production. JCMS at 7, 12.

   The parties shall file a joint stipulation selecting ADR within 14 days.

   The Court denies Plaintiff's request to bifurcate the trial on Plaintiff's own claims and Defendants' claims against the Third Party Defendants. *See* JCMS at 13.

   With the above in mind, the Court proposes the case schedule below. If the parties have any objection to the proposed schedule, they shall file an objection by Monday, April 15, 2019 at 10:00 a.m. If there are no objections, the Court will adopt the following case schedule, and continue the case management conference scheduled for April 17, 2019 to July 24, 2019 at 2:00 p.m.

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend the Pleadings/Add Parties | May 15, 2019[1] |
| Third Party Defendants Initial Disclosures | May 17, 2019 |
| Further Case Management Conference | July 24, 2019 at 2:00 p.m. |
| Close of Fact Discovery | October 4, 2019 |
| Opening Expert Reports | October 25, 2019 |

---

[1] On paragraph 5 of the joint case management statement, the parties propose May 15, 2019 as the deadline to amend. However, on paragraph 17 of the joint case management statement, the parties propose May 17, 2019.

2

Case No. 17-CV-07076-LHK
PROPOSED CASE SCHEDULE

| Rebuttal Expert Reports | November 15, 2019 |
| Close of Expert Discovery | December 6, 2019 |
| Last Day to File Dispositive Motions (one per side in the entire case) | January 6, 2019 |
| Hearing on Dispositive Motions | February 20, 2020 at 1:30 p.m. |
| Final Pretrial Conference | April 23, 2020 at 1:30 p.m. |
| Bench Trial (ERISA claims) (3 days) | May 18, 2020 at 9:00 a.m. |
| July Trial (State Law claims) (3 days) | May 26, 2020 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: April 11, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 17-CV-07076-LHK
PROPOSED CASE SCHEDULE