1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12
13
14
15
16
17

SALINAS VALLEY MEMORIAL
HEALTHCARE SYSTEM,

        Plaintiff,

   v.

MONTEREY PENINSULA
HORTICULTURE, INC., et al.,

        Defendants.

Case No. 17-CV-07076-LHK

**CASE MANAGEMENT ORDER**

18
19
20
21

      On April 11, 2019, the Court filed a proposed case schedule, and the Court ordered the parties to file a joint stipulation selecting ADR within 14 days. ECF No. 88. The Court set April 15, 2019 at 10:00 a.m. as the deadline for objections to the proposed schedule. The deadline for objections has passed, and no objections have been filed. Accordingly, the Court ADOPTS the proposed case schedule. *See* ECF No. 88.

22
23

      The case management conference set for April 17, 2019 is CONTINUED to July 24, 2019 at 2:00 p.m.

24

      The case schedule is set as follows:

25
26
27

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend the Pleadings/Add Parties | May 15, 2019 |
| Third Party Defendants Initial Disclosures | May 17, 2019 |

28

United States District Court
Northern District of California

| Further Case Management Conference | July 24, 2019 at 2:00 p.m. |
|---|---|
| Close of Fact Discovery | October 4, 2019 |
| Opening Expert Reports | October 25, 2019 |
| Rebuttal Expert Reports | November 15, 2019 |
| Close of Expert Discovery | December 6, 2019 |
| Last Day to File Dispositive Motions (one per side in the entire case) | January 6, 2020[1] |
| Hearing on Dispositive Motions | February 20, 2020 at 1:30 p.m. |
| Final Pretrial Conference | April 23, 2020 at 1:30 p.m. |
| Bench Trial (ERISA claims) (3 days) | May 18, 2020 at 9:00 a.m. |
| July Trial (State Law claims) (3 days) | May 26, 2020 at 9:00 a.m. |

**IT IS SO ORDERED.**


Dated: April 15, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

---

[1] In its proposed case schedule, the Court mistakenly proposed January 6, 2019 instead of January 6, 2020.

Case No. 17-CV-07076-LHK
CASE MANAGEMENT ORDER