Edmund G. Farrell III (SBN 111042)
Heidi C. Quan (SBN 201003)
**MURCHISON & CUMMING, LLP**
275 Battery Street, Suite 850
San Francisco, California 94111
Telephone: (415) 524-4300
Facsimile: (415) 391-2058
E-Mail        efarrell@murchisonlaw.com
              hquan@murchisonlaw.com

Attorneys for Defendants,
ANASAZI MEDICAL PAYMENT SOLUTIONS,
INC. dba ADVANCED MEDICAL PRICING
SOLUTIONS and CLAIMS DELEGATE
SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SALINAS VALLEY MEMORIAL HEALTHCARE SYSTEMS,<br><br>            Plaintiff,<br><br>     vs.<br><br>MONTEREY PENINSULA HORTICULTURE, INC. dba ROCKET FARMS; MONTEREY PENINSULA HORTICULUTRE, INC, STEVEN ROBERTS ORIGINAL DESSERTS, INC. EMPLOYEE BENEFIT PLAN,<br><br>            Defendants. | CASE NO. 5:17-cv-07076-VKD<br><br>The Hon. Mag. Lucy H. Koh<br><br>**ANASAZI MEDICAL PAYMENT SOLUTIONS, INC. dba ADVANCED MEDICAL PRICING SOLUTIONS and CLAIMS DELEGATE SERVICES, LLC'S ANSWER TO MONTEREY PENINSULA HORTICULTURE, INC.'S THIRD-PARTY COMPLAINT**<br><br>Trial Date:          None Set |

Third Party Defendants ANASAZI MEDICAL PAYMENT SOLUTIONS, INC., doing business as ADVANCED MEDICAL PRICING SOLUTIONS and CLAIMS DELEGATE SERVICES, LLC, by and through its attorneys of record, and for themselves alone, responds to Monterey Peninsula Horticulture, Inc.'s Third Party Complaint herein by admitting, denying and alleging as follows:

/ / /

/ / /

## JURISDICTION AND VENUE

1. As to the statements contained in Paragraph 1 of Third Party Plaintiff's Complaint, the statements contained legal conclusions to which no response is required. To the extent a response is required, ANASAZI MEDICAL PAYMENT SOLUTIONS, INC., doing business as ADVANCED MEDICAL PRICING SOLUTIONS ("AMPS") and CLAIMS DELEGATE SERVICES, LLC ("CDS") is without sufficient knowledge or information to form a belief as to the truth of the statement and legal conclusions contained in said paragraph, and on that basis denies each and every allegation contained therein.

2. As to the statements contained in Paragraph 2 of Third Party Plaintiff's Complaint, the statements contained legal conclusions that do not require a response. To the extent that a response is required, AMPS and CDS are without sufficient knowledge or information to form a belief as to the truth of the statement and legal conclusions contained in said paragraph, and on that basis denies each and every allegation contained therein as it relates to each named Defendant. Defendants admit that they conduct business in California.

3. As to the statements contained in Paragraph 3 of Third Party Plaintiff's Complaint, the statements are legal conclusions that do not require a response. To the extent a response is required, AMPS and CDS are without sufficient knowledge or information to form a belief as to the truth of the statement and legal conclusions contained in said paragraph, and on that basis denies each and every allegation contained therein.

## THE PARTIES

4. As to the statements contained in Paragraph 4 of Third Party Plaintiff's Complaint, AMPS and CDS are without sufficient knowledge or information to form a belief as to the truth of the allegations and legal conclusions contained in said paragraph as it relates to others, and on that basis denies each and every allegation contained therein, except that Monterey is the sponsor of the Plan.

5. As to the statements contained in Paragraph 5 of Third Party Plaintiff's Complaint, AMPS and CDS are without sufficient knowledge or information to form a belief as to the truth of the allegations and legal conclusions contained in said paragraph as it relates to others, and on that

basis denies each and every allegation contained therein, except that EBMS is the third party administrator of the Plan.

6. As to the statements contained in Paragraph 6 of Third Party Plaintiff's Complaint, AMPS admits that it is an Arizona corporation with its principal place of business at 35 Technology Parkway, Suite 100, Peachtree Corners, GA. AMPS admits it provides medical bill review services. As to the remaining allegations contained in Paragraph 6 of Third Party Complaint, AMPS denies those allegations as they are stated.

7. As to the statements contained in Paragraph 7 of Third Party Plaintiff's Complaint, CDS admits that it is a Florida limited liability company. CDS admits that it is a wholly owned subsidiary of AMPS but denies that it became so on August 1, 2014. As to the remaining allegations of Paragraph 7 of the Third Party Complaint, CDS denies those allegations as they are stated.

8. As to the statements contained in Paragraph 8 of Third Party Plaintiff's Complaint, AMPS and CDS are without sufficient knowledge or information to form a belief as to the truth of the allegations and legal conclusions contained in said paragraph as it relates to others, and on that basis denies each and every allegation contained therein.

## FACTUAL ALLEGATIONS

9. As to the statements contained in Paragraph 9 of the Third Party Plaintiff's Complaint, these Defendants admits the allegations contained therein.

10. As to the statements contained in Paragraph 10 of the Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and legal conclusions contained in said paragraph, including those relating or applying to others, and on that basis denies each and every allegation contained therein.

11. As to the statements contained in Paragraph 11 of the Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and legal conclusions contained in said paragraph, including those relating or applying to others, and on that basis denies each and every allegation contained therein.

12. As to the statements contained in Paragraph 12 of the Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of

the allegations and legal conclusions contained in said paragraph, including those relating or applying to others, and on that basis denies each and every allegation contained therein.

13. As to the statements contained in Paragraph 13 of the Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and legal conclusions contained in said paragraph, including those relating or applying to others, and on that basis denies each and every allegation contained therein. AMPS and CDS deny that they advised Monterey in procuring stop-loss insurance coverage for the plan.

14. As to the statements contained in Paragraph 14 of the Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and legal conclusions contained in said paragraph, as it relates to others, and on that basis denies each and every allegation contained therein.

15. As to the statements contained in Paragraph 15 of the Third Party Plaintiff's Complaint, AMPS denies the allegations contained therein. As well, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and legal conclusions contained in said paragraph, including those relating or applying to others, and on that basis denies each and every allegation contained therein.

16. As to the statements contained in Paragraph 16 of the Third Party Plaintiff's Complaint, AMPS and CDS denies the allegations contained therein. As well, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and legal conclusions contained in said paragraph, including those relating or applying to others, and on that basis denies each and every allegation contained therein.

17. As to the statements contained in Paragraph 17 of the Third Party Plaintiff's Complaint, AMPS and CDS admit that in 2014 they were knowledgeable in pricing programs they offered to clients. AMPS and CDS deny the remaining allegations contained therein. As well, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and legal conclusions contained in said paragraph, including those relating or applying to others, and on that basis denies each and every allegation contained therein.

18. As to the statements contained in Paragraph 18 of the Third Party Plaintiff's Complaint,

these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as it relates to others, and on that basis denies each and every allegation contained therein.

19. As to the statements contained in Paragraph 19 of the Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein as to themselves and are without sufficient knowledge or information to form a belief as to the truth of the allegations and contained in said paragraph, as it relates to others, and on that basis denies each and every allegation contained therein.

20. As to the statements contained in Paragraph 20 of the Third Party Plaintiff's Complaint, these Defendants admit the statement contained within.

21. As to the statements contained in Paragraph 21 of the Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, as it relates to others, and on that basis denies each and every allegation contained therein, and that the document referenced speaks for itself.

22. As to the statements contained in Paragraph 22 of the Third Party Plaintiff's Complaint, AMPS denies that it entered into the service agreement with Monterey. AMPS and CDS deny that their duties and responsibilities were that of a third-party administrator. AMPS and CDS admit that their duties included implementing and administering the Claim Review and Validation Program and the RBR Program, engaging billing review specialists and medical review specialists, making benefit determination under the SPD, and handling benefit determination appeals. AMPS and CDS admit that the service agreement mandated that the Plan be amended to include a list of "Required Modifications." These Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and statements of law contained in said paragraph, and on that basis denies each and every allegation contained therein except what was admitted above.

23. As to the statements contained in Paragraph 23 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein. These Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and statements contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

24. As to the statements contained in Paragraph 24 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein. These Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and statements contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

25. As to the statements contained in Paragraph 25 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein. These Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and statements contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

26. As to the statements contained in Paragraph 26 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein. These Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and statements contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

27. As to the statements contained in Paragraph 27 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein as it relates to them.

28. As to the statements contained in Paragraph 28 of Third Party Plaintiff's Complaint, these Defendants admit that the appeals were adjudicated by CDS at the second level, but deny all other allegations and statements contained therein as it relates to them.

29. As to the statements contained in Paragraph 29 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and statements contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

30. As to the statements contained in Paragraph 30 of Third Party Plaintiff's Complaint, these Defendant deny the allegations contained therein related to their alleged conduct. These Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and statements contained in said paragraph that relate or apply to others, and on that basis

denies each and every allegation contained therein.

## FIRST CAUSE OF ACTION

### (Breach of Fiduciary Duty against All Defendants)

31. AMPS and CDS incorporate by reference their responses to paragraphs 1 through 30, as set forth, as if fully stated herein.

32. As to the statements contained in Paragraph 32 of Third Party Plaintiff's Complaint, the statements contained therein state only legal conclusions and no facts related to these Defendants that require a response.

33. As to the statements contained in Paragraph 33 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and statements contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

34. As to the statements contained in Paragraph 34 of Third Party Plaintiff's Complaint, the statements contained therein state only legal conclusions and no facts related to these Defendants that require a response.

35. As to the statements contained in Paragraph 35 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and statements contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

36. As to the statements contained in Paragraph 36 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and statements contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

37. As to the statements contained in Paragraph 37 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and statements contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

38. As to the statements contained in Paragraph 38 of Third Party Plaintiff's Complaint,

these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, statements and legal conclusions contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

39. As to the statements contained in Paragraph 39 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and statements contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

40. AMPS and CDS incorporate by reference their responses to paragraphs 1 through 39, as set forth, as if fully stated herein.

41. As to the statements contained in Paragraph 41 of Third Party Plaintiff's Complaint, these Defendants deny that it was responsible for the SPD and are without sufficient knowledge of information to form a belief as to the truth of the allegations and legal conclusions contained in said paragraph, and on that basis denies each and every allegation contained therein. CDS denies that it was a fiduciary for all purposes.

42. As to the statements contained in Paragraph 42 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein.

43. As to the statements contained in Paragraph 43 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein.

44. As to the statements contained in Paragraph 44 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein.

45. As to the statements contained in Paragraph 45 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein.

46. As to the statements contained in Paragraph 46 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein.

47. AMPS and CDS incorporate by reference their responses to paragraphs 1 through 46, as set forth, as if fully stated herein.

48 As to the statements contained in Paragraph 48 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein, but admit that AMPS assumed the liabilities

and assets of CDS.

49. As to the statements contained in Paragraph 49 of Third Party Plaintiff's Complaint, these Defendants deny that it was responsible for the SPD and are without sufficient knowledge of information to form a belief as to the truth of the allegations and legal conclusions contained in said paragraph, and on that basis denies each and every allegation contained therein.

50. As to the statements contained in Paragraph 50 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein.

51. As to the statements contained in Paragraph 51 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein.

52. As to the statements contained in Paragraph 52 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein.

53. As to the statements contained in Paragraph 53 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein.

54. As to the statements contained in Paragraph 54 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein.

55. AMPS and CDS incorporate by reference their responses to paragraphs 1 through 54, as set forth, as if fully stated herein.

56. As to the statements contained in Paragraph 56 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, statements and legal conclusions contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

57. As to the statements contained in Paragraph 57 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, statements and legal conclusions contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

58. As to the statements contained in Paragraph 58 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, statements and legal conclusions contained in said paragraph that relate or apply to

others, and on that basis denies each and every allegation contained therein.

59. AMPS and CDS incorporate by reference their responses to paragraphs 1 through 58, as set forth, as if fully stated herein.

60. As to the statements contained in Paragraph 60 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, statements and legal conclusions contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

61. As to the statements contained in Paragraph 61 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, statements and legal conclusions contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

62. As to the statements contained in Paragraph 62 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, statements and legal conclusions contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

63. AMPS and CDS incorporate by reference their responses to paragraphs 1 through 62, as set forth, as if fully stated herein.

64. As to the statements contained in Paragraph 64 of Third Party Plaintiff's Complaint, these Defendants admit the allegations contained therein.

65. As to the statements contained in Paragraph 65 of Third Party Plaintiff's Complaint, these Defendants admit that the services agreement contained the terms specified but deny that CDS breached the agreement.

66. As to the statements contained in Paragraph 66 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein.

67. AMPS and CDS incorporate by reference their responses to paragraphs 1 through 66, as set forth, as if fully stated herein.

68. As to the statements contained in Paragraph 68 of Third Party Plaintiff's Complaint, these Defendants admit the allegations contained therein.

69. As to the statements contained in Paragraph 69 of Third Party Plaintiff's Complaint, the Defendants admit the allegations contained therein, but deny that AMPS took managerial control of CDS in 2016.

70. As to the statements contained in Paragraph 70 of Third Party Plaintiff's Complaint, these Defendants admit the allegations contained therein.

71. As to the statements contained in Paragraph 71 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein.

72. As to the statements contained in Paragraph 72 of Third Party Plaintiff's Complaint, these Defendants admit that AMPS assumed the liabilities and assets of CDS, but deny that CDS breached the service agreement.

73. As to the statements contained in Paragraph 73 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein.

74. AMPS and CDS incorporate by reference their responses to paragraphs 1 through 73, as set forth, as if fully stated herein.

75. As to the statements contained in Paragraph 75 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, statements and legal conclusions contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

76. As to the statements contained in Paragraph 76 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, statements and legal conclusions contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

77. As to the statements contained in Paragraph 77 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, statements and legal conclusions contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

78. As to the statements contained in Paragraph 78 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of

the allegations, statements and legal conclusions contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

79. AMPS and CDS incorporate by reference their responses to paragraphs 1 through 78, as set forth, as if fully stated herein.

80. As to the statements contained in Paragraph 80 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, statements and legal conclusions contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

81. As to the statements contained in Paragraph 81 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, statements and legal conclusions contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

82. As to the statements contained in Paragraph 82 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, statements and legal conclusions contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

83. As to the statements contained in Paragraph 83 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, statements and legal conclusions contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

84. AMPS and CDS incorporate by reference their responses to paragraphs 1 through 83, as set forth, as if fully stated herein.

85. As to the statements contained in Paragraph 85 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein.

86. As to the statements contained in Paragraph 86 of Third Party Plaintiff's Complaint, these Defendants admit that CDS entered into a service agreement with Monterey in 2014, but deny that it acted as a third-party administrator.

87. As to the statements contained in Paragraph 87 of Third Party Plaintiff's Complaint,

these Defendants deny the allegations contained therein.

88. As to the statements contained in Paragraph 88 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein.

89. AMPS and CDS incorporate by reference their responses to paragraphs 1 through 88, as set forth, as if fully stated herein.

90. As to the statements contained in Paragraph 90 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein.

91. As to the statements contained in Paragraph 91 of Third Party Plaintiff's Complaint, these Defendants admit the allegations contained therein.

92. As to the statements contained in Paragraph 92 of Third Party Plaintiff's Complaint, these Defendant deny the allegations contained therein, but admit that AMPS assumed the liabilities and assets of CDS.

93. As to the statements contained in Paragraph 93 of Third Party Plaintiff's Complaint, these Defendants admit that CDS entered into a service agreement with Monterey in 2014, but deny that it acted as a third-party administrator.

94. As to the statements contained in Paragraph 94 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein.

95. As to the statements contained in Paragraph 95 of Third Party Plaintiff's Complaint, these Defendants deny the allegations contained therein.

96. AMPS and CDS incorporate by reference their responses to paragraphs 1 through 95, as set forth, as if fully stated herein.

97. As to the statements contained in Paragraph 97 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, statements and legal conclusions contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

98. As to the statements contained in Paragraph 98 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, statements and legal conclusions contained in said paragraph that relate or apply to

others, and on that basis denies each and every allegation contained therein.

99.     As to the statements contained in Paragraph 99 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, statements and legal conclusions contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

100.    As to the statements contained in Paragraph 100 of Third Party Plaintiff's Complaint, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, statements and legal conclusions contained in said paragraph that relate or apply to others, and on that basis denies each and every allegation contained therein.

## PRAYER FOR RELIEF

AMPS and CDS deny each and every allegation contained in Third Party Plaintiff's Prayer for Relief as it relates to them.

## FIRST AFFIRMATIVE DEFENSE

101.    As and for a first and separate affirmative defense, these answering Defendants allege that Third Party Plaintiff's Complaint fails to state a claim upon which relief can be granted as against these answering Defendants.

## SECOND AFFIRMATIVE DEFENSE

102.    As and for a second and separate affirmative defense, these answering Defendants allege that they performed all duties owed under the service agreement, other than any duties which were prevented or excused, and therefore never breached the agreement.

## THIRD AFFIRMATIVE DEFENSE

103.    As and for a third and separate affirmative defense, these answering Defendants allege that the Third Party Plaintiff has suffered no losses, injuries or damages as a result of any act or omission of these answering Defendants.

## FOURTH AFFIRMATIVE DEFENSE

104.    As and for a fourth and separate affirmative defense, these answering Defendants allege that Third Party Plaintiff has waived and forever discharged the right to maintain an action as set forth in the Third Party Complaint.

### FIFTH AFFIRMATIVE DEFENSE

105. For an fifth and separate affirmative defense, these answering Defendants allege that these Defendants are in compliance/substantial compliance with all applicable terms and provisions of any contract or agreement(s).

### SIXTH AFFIRMATIVE DEFENSE

106. For a sixth and separate affirmative defense, these answering Defendants allege that Third Party Plaintiff's action is barred under the equitable doctrine of laches.

### SEVENTH AFFIRMATIVE DEFENSE

107. For a seventh and separate affirmative defense, these answering Defendants allege that some or all of Third Party Plaintiff's claims are barred by the doctrine of estoppel.

### EIGHTH AFFIRMATIVE DEFENSE

108. For an eighth and separate affirmative defense, these answering Defendants allege that third parties were careless and negligent in and about the matters alleged in the Third Party Plaintiff's Complaint, and that said carelessness and negligence on the part of said third parties proximately contributed to the happening of the accident and to Third Party Plaintiff's injuries, loss and/or damage, if any, allegedly sustained. Therefore, any damages awarded to Third Party Plaintiff shall be diminished in proportion to the amount of fault attributed to said third parties.

### NINTH AFFIRMATIVE DEFENSE

109. For a ninth and separate affirmative defense, these answering Defendants allege that Third Party Plaintiff is not entitled to attorney's fees.

### TENTH AFFIRMATIVE DEFENSE

110. For a tenth and separate affirmative defense, these answering Defendants allege that Third Party Plaintiff's Complaint is barred by applicable statute of limitations.

### ELEVENTH AFFIRMATIVE DEFENSE

111. For an eleventh and separate affirmative defense, these answering Defendants allege that any damages suffered by Third Party Plaintiff were proximately caused, in whole or in part, by the failure of the Third Party Plaintiff to exercise reasonable care under the circumstances and therefore Third Party Plaintiff's recovery, if any, must be diminished by the proportion of the

negligence of the Third Party Plaintiff which proximately caused or contributed to Third Party Plaintiff's alleged damages.

### TWELFTH AFFIRMATIVE DEFENSE

112. For a twelfth and separate affirmative defense, these answering Defendants allege that it presently has insufficient knowledge or information upon which to form a belief as to whether they may have additional, as yet unstated, affirmative defenses available to them. Accordingly, these answering Defendants reserve the right to assert additional affirmative defenses in the event discovery or further analysis indicates that additional unknown or unstated affirmative defenses would be applicable.

WHEREFORE, these answering Defendants pray that the Third Party Plaintiff take nothing by its Third Party Complaint; that the Third Party Complaint be dismissed with prejudice; that the trier of fact determine what percentage of the combined fault/liability of all persons who fault/liability proximately caused Third Party Plaintiff's alleged damages is attributed to each person; and for such other and further relief as the Court may deem just and proper, including costs of suit incurred herein.

### DEMAND FOR JURY TRIAL

Defendants AMPS and CDS hereby demand a jury trial in this matter.

DATED: April 16, 2019         **MURCHISON & CUMMING, LLP**

By:   /s/ Heidi C. Quan
Edmund G. Farrell III
Heidi C. Quan
Attorneys for Defendants,
ANASAZI MEDICAL PAYMENT SOLUTIONS, INC. dba ADVANCED MEDICAL PRICING SOLUTIONS and CLAIMS DELEGATE SERVICES, LLC

**PROOF OF SERVICE**

**Salinas Valley Memorial Healthcare System vs. Monterey Peninsula Horticulture, Inc. dba Rocket Farms, et al.**
**5:17-CV-07076-LHK**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 275 Battery Street, Suite 850, San Francisco, CA 94111.

On April 16, 2019, I served true copies of the following document(s) described as **ANASAZI MEDICAL PAYMENT SOLUTIONS, INC. DBA ADVANCED MEDICAL PRICING SOLUTIONS AND CLAIMS DELEGATE SERVICES, LLC'S ANSWER TO MONTEREY PENINSULA HORTICULTURE, INC.'S THIRD-PARTY COMPLAINT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION**: Pursuant to the E-Filing System of the United States District Court, Northern District of California, to the parties at the e-mail addresses on the Court's website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 16, 2019, at San Francisco, California.

/s/ Treste Masangcay
Treste P. Masangcay