1  KENNADAY LEAVITT PC
   CURTIS S. LEAVITT (SBN 162032)
2  cleavitt@kennadayleavitt.com
   621 Capitol Mall, Suite 2500
3  Sacramento, California 95814
   Telephone:    (916) 732-3060
4
   Attorneys for Defendants/Third-Party Plaintiffs
5  MONTEREY PENINSULA HORTICULTURE,
   INC. dba ROCKET FARMS;
6  MONTEREY PENINSULA HORTICULTURE,
   INC. / STEVEN ROBERTS ORIGINAL
7  DESSERTS, LLC;
   EMPLOYEE BENEFIT PLAN
8

9                    UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| SALINAS VALLEY MEMORIAL HEALTHCARE SYSTEM,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MONTEREY PENINSULA HORTICULTURE, INC. dba ROCKET FARMS; MONTEREY PENINSULA HORTICULTURE, INC. / STEVEN ROBERTS ORIGINAL DESSERTS, LLC; EMPLOYEE BENEFIT PLAN,<br><br>　　　　　　Defendants.<br><br>AND RELATED THIRD-PARTY ACTION. | Case No. 5:17-cv-07076-SVK<br><br>**UPDATED JOINT STATUS REPORT RE: SETTLEMENT**<br><br>Date:　February 11, 2020<br>Time:　10:00 a.m.<br>Crtrm:　6 – 4th Floor<br>Judge:　Hon. Susan van Keulen<br><br>Complaint Filed: December 13, 2017<br>3rd Party Complaint Filed: December 13, 2018 |

Pursuant to the Court's Request for an updated Status Report re Settlement [Dkt. No. 148], Plaintiff Salinas Valley Memorial Healthcare System ("Salinas Valley"), Defendant/Third-Party Plaintiff Monterey Peninsula Horticulture, Inc., dba Rocket Farms, Monterey Peninsula Horticulture, Inc. / Steven Roberts Original Desserts, LLC, and Employee Benefit Plan (collectively, "MPH"), and Third-Party Defendants Advanced Medical Pricing Solutions, Inc. / Claims Delegate Services, LLC ("AMPS/CDS"), and Alliant Insurance Services, Inc. ("Alliant") (collectively, "Third Party Defendants") (all together, the "Parties") respectfully submit this Updated Joint Status Report re: Settlement.

00194939.1                                  1

The Court-assigned Neutral, George Wailes, previously reported that this case settled in principle at the mediation session held on December 4, 2019. Employee Benefits Management Services, Inc., ("EBMS") was invited to participate in the mediation session but refused the invitation. The deal reached by the parties included a resolution of all issues raised by Salinas Valley's First Amended Complaint (FAC) and MPH's Third-Party Complaint against AMPS/CDS and Alliant. Since then, Salinas Valley and MPH executed a formal settlement agreement, and the initial settlement sum has been paid by MPH. Three additional payments are scheduled over the next three years. As part of the settlement agreement, Salinas Valley assigned all its rights against EBMS to MPH. Salinas Valley has also circulated a proposed stipulation and order to all the parties, which would dismiss just the FAC pursuant to Rule 41(a)(1)(A)(ii), with this Court retaining jurisdiction to enforce the terms of the settlement agreement between Salinas Valley and MPH.

There is a significant sticking point to finalizing the settlement agreements between MPH and third-party defendants, AMPS/CDS and Alliant. Both AMPS/CDS and Alliant seek to include indemnification provisions in their settlement agreements requiring MPH to indemnify both AMPS/CDS and Alliant against any claims that EBMS may assert against them. The requests are reasonable given the history of this litigation, but it makes settlement of the third-party claims very difficult. In short, EBMS must be included in any final resolution as EBMS was the primary entity causing harm to MPH and creating liability to Salinas Valley. The relevant background may help.

Initially, MPH brought third-party claims against EBMS, AMPS/CDS and Alliant. EBMS was dismissed from the lawsuit without prejudice pending the completion of contractual pre-litigation mediation. Despite diligent efforts by MPH's counsel, EBMS successfully delayed the mediation process for eight months until the middle of December, 2019. That mediation, which occurred in Billings, Montana, failed to resolve the disputed issues between EBMS and MPH. MPH is now in the process of filing an initial complaint against EBMS for Breach of Fiduciary Duty, Breach of Contract, Misrepresentation, and Indemnification. The facts and occurrences giving rise to MPH's complaint against EBMS are the exact same facts and occurrences that gave rise to MPH's third-party claims against AMPS/CDS and Alliant. Once EBMS is served with MPH's complaint, there is nothing stopping EBMS from turning around and suing both AMPS/CDS and Alliant.

Counsel for Salinas Valley would prefer to file one stipulation for dismissal now as to the FAC alone. This would permit MPH and the Third-Party Defendants time to resolve the remaining issues. Alternatively, the parties could wait until the other settlement agreements have been resolved, at which point all parties could stipulate to the dismissal of the entire case. The parties seek the Court's input on these issues and will be prepared to discuss them further at Tuesday's case management conference.

Respectfully submitted,

DATED: February 6, 2020               KENNADAY LEAVITT PC

                                      By:      /s/ Curtis S. Leavitt
                                             CURTIS S. LEAVITT
                                      Attorneys for Defendants/Third-Party Plaintiffs
                                         MONTEREY PENINSULA HORTICULTURE,
                                         INC. dba ROCKET FARMS; STEVEN ROBERTS
                                         ORIGINAL DESSERTS, LLC; EMPLOYEE
                                                 BENEFIT PLAN

DATED: February 6, 2020               HOOPER, LUNDY & BOOKMAN, P.C.

                                      By:       /s/ Eric D. Chan
                                              ERIC D. CHAN
                                             Attorneys for Plaintiff
                                      SALINAS VALLEY MEMORIAL HEALTHCARE
                                                    SYSTEM

DATED: February 6, 2020               MURCHINSON & CUMMING LLP

                                      By:      /s/ Heidi C. Quan
                                              HEIDI C. QUAN
                                        Attorneys for Third-Party Defendants
                                      ADVANCED MEDICAL PRICING SOLUTIONS
                                           and CLAMS DELEGATE SERVICES

00194939.1                                  3
UPDATED JOINT STATUS REPORT RE: SETTLEMENT

DATED: February 6, 2020    By:   */s/ Anton C. Gerschler*
                                 ANTON C. GERSCHLER
                                 Attorneys for Third-Party Defendant
                                 ALLIANT INSURANCE SERVICES, INC.

00194939.1

4

UPDATED JOINT STATUS REPORT RE: SETTLEMENT

KENNADAY LEAVITT PC
ATTORNEYS AT LAW
621 CAPITOL MALL, SUITE 2500
SACRAMENTO, CA 95814