UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALINAS VALLEY MEMORIAL HEALTHCARE SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>MONTEREY PENINSULA HORTICULTURE, INC., et al.,<br><br>Defendants. | Case No.  17-cv-07076-SVK<br><br>**FURTHER CASE MANAGEMENT ORDER** |

The Court held a status conference on February 11, 2020, at which all parties appeared by telephone. The Court ORDERS as follows:

1. In light of the settlement between Plaintiff Salinas Valley Memorial Healthcare System and the Monterey Peninsula Horticulture Defendants, Plaintiff shall file a dismissal of the First Amended Complaint.

2. In an effort to resolve the unresolved issues arising from the Third Party Complaint, the Monterey Peninsula Horticulture Defendants and Third Party Defendants Advanced Medical Pricing Solutions, Inc., Claims Delegate Services, LLC, and Alliant Insurance Services, Inc. (collectively, "the remaining parties") are ordered to return to mediation with mediator George Wailes, with a deadline of **May 15, 2020** to complete mediation.

3. The further status conference scheduled for April 14, 2020 is **CONTINUED** to **May 26, 2020 at 10:00 a.m.** The remaining parties must file a status report by **May 20, 2020**. If a dismissal is filed before May 26, 2020, the parties do not need to appear.

4. All other pretrial and trial dates remain on calendar.

**SO ORDERED.**

Dated: February 11, 2020

SUSAN VAN KEULEN
United States Magistrate Judge