1  ERIC D. CHAN (State Bar No. 253082)
   SANSAN LIN (State Bar No. 298994)
2  HOOPER, LUNDY & BOOKMAN, P.C.
   1875 Century Park East, Suite 1600
3  Los Angeles, California 90067-2517
   Telephone: (310) 551-8111
4  Facsimile: (310) 551-8181
   E-Mail:    echan@health-law.com
5
   Attorneys for Salinas Valley Memorial
6  Healthcare System

7

8                    **UNITED STATES DISTRICT COURT**

9        **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10

11 | SALINAS VALLEY MEMORIAL              Case No. 17-cv-07076-SVK
    | HEALTHCARE SYSTEM,
12 |                                      **JOINT STIPULATION FOR DISMISSAL**
    |            Plaintiff,               **WITH PREJUDICE AND ~~[PROPOSED]~~**
13 |                                      **ORDER**
    |        vs.
14 |                                      Hon. Susan Van Keulen
    | MONTEREY PENINSULA
15 | HORTICULTURE, INC. d/b/a/ ROCKET     Bench Trial:      July 27, 2020
    | FARMS; MONTEREY PENINSULA           Jury Trial:       August 3, 2020
16 | HORTICULTURE, INC. / STEVEN
    | ROBERTS ORIGINAL DESSERTS, LLC
17 | EMPLOYEE BENEFIT PLAN,

18 |            Defendants.

19 |
    | MONTEREY PENINSULA
20 | HORTICULTURE, INC.,

21 |            Third-Party Plaintiff,

22 |        v.

23 | EMPLOYEE BENEFIT MANAGEMENT
    | SERVICES, INC., CLAIMS DELEGATE
24 | SERVICES, LLC, ADVANCED MEDICAL
    | PRICING SOLUTIONS, INC., ALLIANT
25 | INSURANCE SERVICES, INC.

26 |            Third-Party Defendants.

27

28

                                                         17-CV-07076-SVK

5922295.3

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL.: (310) 551-8111 • FAX: (310) 551-8181

**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1  WHEREAS, Plaintiff Salinas Valley Memorial Healthcare System ("SVMHS" or

2  "Plaintiff") and Defendants Monterey Peninsula Horticulture, Inc., the Monterey Peninsula

3  Horticulture, Inc. / Steven Roberts Original Desserts, LLC, Employee Benefit Plan (the "Plan")

4  (together, "MPH" or "Defendants") have entered into a settlement disposing of all claims asserted

5  in Plaintiff's First Amended Complaint following a mediation with a Court-appointed neutral, and

6  WHEREAS, all parties agree to a stipulation for dismissal of Plaintiff's First Amended

7  Complaint, pursuant to the Parties' settlement, and whereas, at the February 11, 2020 status

8  conference, Judge van Keulen directed the parties to file said stipulation for dismissal;

9  WHEREAS, Defendants do not intend by this stipulation to dismiss the Third Party

10  Complaint that Defendants have filed against Third Party Defendants Alliant Insurance Services,

11  Inc., Anasazi Medical Payment Solutions, Inc. dba Advanced Medical Pricing Solutions, and

12  Claims Delegate Services, LLC (together, "Third Party Defendants");

13  NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and

14  Local Rule 7-12, the Parties, by and through their counsel, hereby stipulate that the First Amended

15  Complaint be dismissed with prejudice, with this court retaining jurisdiction to enforce the terms

16  of the settlement agreement between Plaintiff and Defendants, which shall be incorporated into

17  such order of dismissal, as set forth below and consistent with *Kokkonen v. Guardian Life*

18  *Insurance Company of America*, 511 U.S. 375, 380-81 (1994) and *In re Valdez Fisheries*

19  *Development Association, Inc.*, 439 F.3d 545, 549 (9th Cir. 2006).

20  **IT IS SO STIPULATED.**

21  Dated:  February 11, 2020          HOOPER, LUNDY & BOOKMAN, P.C.

23                                     By:  _____*/s/ Eric D. Chan*_____
24                                          ERIC D. CHAN
                                          Attorneys for Plaintiff Salinas Valley Memorial
25                                        Healthcare System

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
5922295.3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

Dated: February 11, 2020          KENNADAY LEAVITT OWENSBY PC

By: _____*/s/ Curtis S. Leavitt*_____
CURTIS S. LEAVITT
Attorneys for Defendants Monterey Peninsula
Horticulture, Inc. dba Rocket Farms; Monterey
Peninsula Horticulture, Inc./Steven Roberts Original
Desserts, LLC; Employee Benefit Plan

Dated: February 11, 2020

By: _____*/s/ Anton C. Gerschler*_____
ANTON C. GERSCHLER
Attorneys for Third-Party Defendant, Alliant Insurance
Services, Inc.

Dated: February 11, 2020          MURCHISON & CUMMING, LLP

By: _____*/s/ Heidi C. Quan*_____
EDMUND G. FARRELL III
HEIDI C. QUAN
JEAN F. TENG
Attorneys for Third Party Defendants, Anasazi Medical
Payment Solutions, Inc. dba Advanced Medical Pricing
Solutions and Claims Delegate Services, LLC

*Filer's attestation: Eric D. Chan hereby attests, pursuant to Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from each of its signatories.*

3                                                     17-CV-07076-SVK
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

5922295.3

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties above, Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and Local Rule 7-12,  IT IS HEREBY ORDERED THAT Plaintiff's First Amended Complaint is dismissed with prejudice, and that this Court retains jurisdiction to enforce the terms of the settlement agreement between Plaintiff and Defendants, the full terms of which are expressly incorporated herein by reference, consistent with *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 380-81 (1994) and *In re Valdez Fisheries Development Association, Inc.*, 439 F.3d 545, 549 (9th Cir. 2006).

DATED:  ___February 12_____, 2020

_____
Honorable Susan Van Keulen

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

5922295.3