DANIEL A. PLATT (SBN 132665)
dplatt@loeb.com
ARTHUR FELS (SBN 294802)
afels@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant EMPLOYEE BENEFIT MANAGEMENT SERVICES, LLC (misdenominated as Employee Benefit Management Services, Inc.)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY PENINSULA HORTICULTURE, INC. dba ROCKET FARMS and MONTEREY PENINSULA HORTICULTURE, INC. / STEVEN ROBERTS ORIGINAL DESSERTS, LLC, EMPLOYEE BENEFIT PLAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC.,<br><br>    Defendant.<br><br>EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC.,<br><br>    Counter-Claimant,<br><br>    v.<br><br>MONTEREY PENINSULA HORTICULTURE, INC. DBA ROCKET FARMS AND MONTEREY PENINSULA HORTICULTURE, INC. / STEVEN ROBERTS ORIGINAL DESSERTS, LLC, EMPLOYEE BENEFIT PLAN,<br><br>    Counter-Defendants. | Case No. 5:17-cv-07076-SVK<br><br>**EBMS'S SEPARATE STATUS REPORT REGARDING MEDIATION**<br><br>Re: Dkt. No. 165<br><br>Judge:   Hon. Mag. Susan Van Keulen<br><br><br>Case No. 5:20-cv-01660-NC<br><br>**EBMS'S STATUS REPORT REGARDING MEDIATION**<br><br>Re: Dkt. No. 22<br><br>Judge:   Hon. Mag. Nathanael M. Cousins |

Pursuant to the Court's order, Employee Benefit Management Services, LLC ("EBMS") submits this status report regarding mediation. EBMS objected to the status report proposed by the other parties because it contained irrelevant partial truths about scheduling the mediation in an attempt to make it appear that EBMS is not participating in scheduling in good faith. It is not true or accurate. EBMS did not consent to filing the joint status report.

On August 11, 2020, counsel for Alliant Insurance Service ("Alliant") emailed all parties reminding them of the Court's order to complete mediation by August 31, 2020. Counsel for Monterey Peninsula Horticulture, Inc. and Monterey Peninsula Horticulture, Inc./Steven Roberts Original Desserts, LLC (together, "MPH") emailed Mr. George Wailes, the mediator, who responded with availability on August 25, 27, and 31. Counsel for Alliant replied that August 31 was acceptable to Alliant. EBMS was not available on August 31, and suggested either September 7 or 8. Five days later, counsel for MPH announced he was not available the week of September 7, but could attend a mediation the following week. On August 21, 2020, counsel for Alliant stated he was available the week of September 14, but would need to confer with his client. On August 24, counsel MPH advised that he would also have to check with his client regarding the week of September 14. Several hours later, counsel for Advanced Medical Pricing Solutions and Claims Delegate Services (together "AMPS/CDS") indicated her preference for the week of September 21.

On Friday August 28, 2020, counsel for MPH emailed counsel for EBMS demanding an acceptable date the week of September 14 before the end of the day. Counsel for MPH falsely stated in his email that the only day suggested by EBMS had been September 7. EBMS replied that it was checking with its client, who was on vacation at the time. Mr. Wailes also responded that he was available on September 15 and 17 only. On August 31, 2020, EBMS selected September 15. EBMS remains ready,

/ / / /

/ / / /

willing and able to participate in scheduling and attending the mediation in good faith.

Dated: August 31, 2020                                             LOEB & LOEB LLP

By: /s/ Arthur Fels
DANIEL A. PLATT
ARTHUR FELS
Attorneys for
EMPLOYEE BENEFIT MANAGEMENT SERVICES, LLC
(misdenominated as Employee Benefit Management Services, Inc.)

# PROOF OF SERVICE

I, Jaston Archie, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067.

On August 31, 2020, I caused to be served a true copy of the foregoing

**1.** **EBMS'S SEPARATE STATUS REPORT REGARDING MEDIATION;**

2. **EBMS'S STATUS REPORT REGARDING MEDIATION** on the parties in this cause as follows:

☑ (*VIA EMAIL*) by transmitting the above-referenced document to the email address set forth below.

| | |
|---|---|
| Kennady Leavitt Owensby PC<br>Curtis S. Leavit<br>Lance M. Martin<br>621 Capitol Mall, Suite 2500<br>Sacramento, CA 95814<br>Telephone: 916-732-3060<br>cleavitt@kennadayleavitt.com<br>lmartin@kennadayleavitt.com | Anton C. Gerschler<br>6824 Embarcadero Lane<br>Carlsbad, CA 92011<br>(760) 814-2189  Office Phone<br>(760) 814-2470  Fax<br>(619) 507-9411 Cell Phone<br>Anton@GerschlerLaw.com<br>Karen@Gerschlerlaw.com |
| Heidi C. Quan<br>Murchison And Cummings<br>Embarcadero Center West<br>275 Battery Street, Suite 850<br>San Francisco, California 94111<br>Phone: (415) 524-4300<br>Fax: (415) 391-2058<br>HQuan@murchisonlaw.com | |

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 31, 2020, at Los Angeles, California.

*Jaston Archie*
Jaston Archie

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

PROOF OF SERVICE